**No. 10-8412. In re Robert Norman Smithback, Petitioner.**

563 U.S. 957, 131 S. Ct. 2148, 179 L. Ed. 2d 931, 2011 U.S. LEXIS 2922.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1215, 131 S. Ct. 1538, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1229.